**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2322**

DANIEL WAYNE ORR; F. A. O., a minor; L. D. O., a minor,

Plaintiffs – Appellants,

v.

NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES,
Division of Mental Illness and Substance Abuse; WAKE COUNTY
DEPARTMENT OF SOCIAL SERVICES, Adult Protective Services;
RAMON RAJONO, Director of Adult Protective Services; CRAIG
BURRIS, Director of Senior Services; GLENDA REED, Elderly
Services,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:13-cv-00671-D)

Submitted:  December 19, 2013     Decided:  December 23, 2013

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Wayne Orr, Appellant Pro Se. Roger A. Askew, WAKE COUNTY
ATTORNEY'S OFFICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Wayne Orr and two minor Appellants appeal the district court's order dismissing their 42 U.S.C. § 1983 (2006) complaint as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Orr v. N.C. Dep't of Health & Human Servs., No. 5:13-cv-00671-D (E.D.N.C. Oct. 16, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED